Matter of Gottscho (2023 NY Slip Op 06188)

Matter of Gottscho

2023 NY Slip Op 06188

Decided on November 30, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:November 30, 2023

PM-263-23
[*1]In the Matter of Christopher Martin Gottscho, an Attorney. (Attorney Registration No. 2368512.)

Calendar Date:November 20, 2023

Before:Garry, P.J., Clark, Reynolds Fitzgerald, McShan and Mackey, JJ.

Pickard Djinis and Pisarri LLP, Washington, DC (Aleaha N. Jones of counsel), for respondent.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Christopher Martin Gottscho was admitted to practice by this Court in 1990 and lists a business address in Basking Ridge, New Jersey with the Office of Court Administration. Gottscho now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Gottscho's application.
Upon reading Gottscho's affidavit sworn to September 14, 2023 and filed October 8, 2023 and upon reading the November 13, 2023 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Gottscho is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

Garry, P.J., Clark, Reynolds Fitzgerald, McShan and Mackey, JJ., concur.
ORDERED that Christopher Martin Gottscho's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Christopher Martin Gottscho's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Christopher Martin Gottscho is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Gottscho is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Christopher Martin Gottscho shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.